```
                         United States Bankruptcy Court
                            District of South Dakota

In re:                                                       Case No. 11-10147
Kimberly Michele Annis                                       Chapter 7
         Debtor            CERTIFICATE OF NOTICE

District/off: 0869-1          User: bdool                Page 1 of 2            Date Rcvd: Jul 19, 2011
                              Form ID: b9a               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2011.
db          +Kimberly Michele Annis,    902 8th Ave. NE,    Aberdeen, SD 57401-3013
aty         +Cheryl Schrempp DuPris,    Assistant U.S. Attorney,    PO Box 7240,    Pierre, SD 57501-7240
aty          Thomas A. Blake,    #202, 505 W 9th St,    Sioux Falls, SD  57104-3667
1076694     +AAA Collections, Inc.,    PO Box 881,    Sioux Falls, SD 57101-0881
1076696      Aberdeen Federal Credit Union,    Cardmember Services,    PO Box 6354,    Fargo, ND 58125-6354
1076695      Aberdeen Federal Credit Union,    Cardmember Services,    PO Box 790408,
              St. Louis, MO 63179-0408
1076697     +Accounts Management, Inc.,    PO Box 1843,    Sioux Falls, SD 57101-1843
1076699     +Avera Medical Group,    625 N. Foster Ste 202,    Mitchell, SD 57301-2903
1076700     +Avera Mitchell Surgical,    2200 North Kimball Street,    Mitchell, SD 57301-1113
1076701     +Avera Queen Of Peace Hospital,    525 North Foster,    Mitchell, SD 57301-2999
1076703     +Beneficial,    PO Box 1411,    Fort Mills, SC 29716-1411
1076708     +Check Into Cash,    1409 6th Avenue SE, Suite 2,    Aberdeen, SD 57401-4950
1076709     +Check N Go,    524 Moccasin Drive,    Aberdeen, SD 57401-5059
1076713      Citifinancial,    Bankruptcy Department,    PO Box 140489,    Irving, TX  75014-0489
1076712      Citifinancial,    522 Moccasin Drive,    Aberdeen, SD  57401-5059
1076714     +Dakota Lenders,    124 6th Avenue SE,    Aberdeen, SD 57401-6024
1076717     +EZ Payday Advance,    3828 6th Avenue SE, Suite E,    Aberdeen, SD 57401-5535
1076715     +Equifax,    Attn: Dispute Department,    PO Box 740256,    Atlanta, GA 30374-0256
1076716     +Experian,    Attn: Dispute Department,    PO Box 2002,    Allen, TX 75013-2002
1076721     +Gentry Finance,    418 South Main Street,    Aberdeen, SD 57401-4127
1076722     +Hauge Associates,    2320 West 49th Street,    Sioux Falls, SD 57105-6539
1076726      Johnson, Rodenburg & Lauinger,    PO Box 4127,    Bismarck, ND 58502-4127
1076727     +Kessling Funeral Home,    PO Box 126,    Mobridge, SD 57601-0126
1076728     +Mitchell Anesthesia PC,    525 North Foster,    Mitchell, SD 57301-2966
1076729     +Money Lenders,    924 6th Avenue SE #1,    Aberdeen, SD 57401-6376
1076732     +SD Urban Indian Health,    1714 Abbey Road,    Pierre, SD 57501-7805
1076730     +Sanford Clinic Aberdeen,    3015 3rd Avenue,    Aberdeen, SD 57401-5418
1076731      Sanford Health,    PO Box 5074,    Sioux Falls, SD  57117-5074
1076735      Shell/Citi,    PO Box 6406,    Sioux Falls, SD  57117-6406
1076736      Small Business Administration,    PO Box 740192,    Atlanta, GA  30374-0192
1076737     +Small Business Administration,    10737 Gateway West, Suite 300,    El Paso, TX 79935-4910
1076738     +Surety Finance,    1714 6th Avenue SE,    Aberdeen, SD 57401-6430
1076739     +Trans Union Corporation,    Attn: Dispute Department,    PO Box 1000,    Chester, PA 19016-1000
1076742      United States Attorney,    District Of South Dakota,    PO Box 2638,    Sioux Falls, SD  57101-2638
1076745     +Wells Fargo Financial Cards,    PO Box 14487,    Des Moines, IA 50306-3487
1076748     +Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: fcasec@qwestoffice.net Jul 19 2011 21:07:27      Forrest C. Allred,
              14 Second Ave SE Ste 200,    Aberdeen, SD 57401-4246
ust          E-mail/Text: ustpregion12.sx.ecf@usdoj.gov Jul 19 2011 21:20:12      Bruce J. Gering,
              314 South Main Avenue, Suite 303,    Sioux Falls, SD  57104-6462
1076698     +Fax: 864-336-7400 Jul 20 2011 00:09:43      Advance America,    1923 6th Avenue SE, Suite 103,
              Aberdeen, SD 57401-5028
1076704      EDI: HFC.COM Jul 19 2011 21:03:00      Beneficial,    PO Box 8873,    Virginia Beach, VA  23450-8873
1076702     +EDI: HFC.COM Jul 19 2011 21:03:00      Beneficial,    841 Seahawk Circle,
              Virginia Beach, VA 23452-7809
1076705      EDI: CAPITALONE.COM Jul 19 2011 21:03:00      Capital One,    Bankruptcy Unit,    PO Box 5155,
              Norcross, GA  30091
1076707      EDI: CAPITALONE.COM Jul 19 2011 21:03:00      Capital One,    PO Box 30285,
              Salt Lake City, UT  84130-0285
1076706     +EDI: CAPITALONE.COM Jul 19 2011 21:03:00      Capital One,    PO Box 60024,
              City Of Industry, CA 91716-0024
1076709     +EDI: CHECKNGO.COM Jul 19 2011 21:03:00      Check N Go,    524 Moccasin Drive,
              Aberdeen, SD 57401-5059
1076710     +EDI: CITICORP.COM Jul 19 2011 21:03:00      Citi Cards,    Citi Bank Customer Service,
              PO Box 6500,    Sioux Falls, SD 57117-6500
1076711     +EDI: CITICORP.COM Jul 19 2011 21:03:00      Citi Cards,    Processing Center,
              Des Moines, IA 50363-0001
1076718      EDI: FORD.COM Jul 19 2011 21:03:00      Ford Credit,    PO Box 94380,    Palatine, IL  60094-4380
1076719      EDI: FORD.COM Jul 19 2011 21:03:00      Ford Motor Company,    PO Box 689007,
              Franklin, TX  37068-9007
1076720      EDI: FORD.COM Jul 19 2011 21:03:00      Ford Motor Credit Company,    PO Box 542000,
              Omaha, NE  68154-8000
1076724      EDI: HFC.COM Jul 19 2011 21:03:00      HSBC,    PO Box 5222,    Carol Stream, IL  60197-5222
1076725      EDI: HFC.COM Jul 19 2011 21:03:00      HSBC,    PO Box 80084,    Salinas, CA  93912-0084
1076723      EDI: HFC.COM Jul 19 2011 21:03:00      Herberger's,    PO Box 60118,
              City Of Industry, CA  91716-0118
1076733      EDI: SEARS.COM Jul 19 2011 21:03:00      Sears,    PO Box 6282,    Sioux Falls, SD  57117-6282
1076734      EDI: SEARS.COM Jul 19 2011 21:03:00      Sears Premier Card,    PO Box 688956,
              Des Moines, IA  50368-8956
1076740      EDI: URSI.COM Jul 19 2011 21:03:00      United Recovery Systems,    PO Box 722929,
              Houston, TX  77272-2929
```

```
District/off: 0869-1          User: bdool              Page 2 of 2             Date Rcvd: Jul 19, 2011
                              Form ID: b9a             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
1076741      +EDI: URSI.COM Jul 19 2011 21:03:00      United Recovery Systems,   5800 North Course Drive,
              Houston, TX 77072-1613
1076743      +EDI: WFFC.COM Jul 19 2011 21:03:00      Wells Fargo Bank,   PO Box 5445,   Portland, OR 97228-5445
1076744      +EDI: WFFC.COM Jul 19 2011 21:03:00      Wells Fargo Financial,   800 Walnut,
              Des Moines, IA 50309-3891
1076747      +EDI: WFFC.COM Jul 19 2011 21:03:00      Wells Fargo Home Mortgage,   PO Box 10335,
              Des Moines, IA 50306-0335
1076746       EDI: WFFC.COM Jul 19 2011 21:03:00      Wells Fargo Home Mortgage,   PO Box 14411,
              Des Moines, IA  50306-3411
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2011**              **Signature:**       _Joseph Speetjens_

Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) — Case Number **11–10147**

# UNITED STATES BANKRUPTCY COURT
District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/19/11.

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Debtor(s):**
Kimberly Michele Annis
902 8th Ave. NE
Aberdeen, SD 57401

| **Case Number:** | **Social Security/Taxpayer ID Numbers:** |
|---|---|
| 11–10147 | xxx–xx–4842 |

| **Attorney for Debtor(s):** | **Bankruptcy Trustee:** |
|---|---|
| Thomas A. Blake | Forrest C. Allred |
| #202, 505 W 9th St | 14 Second Ave SE Ste 200 |
| Sioux Falls, SD 57104–3667 | Aberdeen, SD 57401 |
| Telephone number: (605) 336–1216 | Telephone number: 605–225–3933 |

### Meeting of Creditors:

Date: **August 16, 2011**   Time: **09:30 AM**   Location: **115 4th Ave SE, Rm 206–7, Federal Building, Aberdeen, SD 57401**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts: 10/17/11**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 225 S. Pierre St., Room 203 | Frederick M. Entwistle |
| Pierre, SD 57501–2463 | Clerk of the Bankruptcy Court |
| Telephone number: 605–945–4460 | |
| www.sdb.uscourts.gov | |
| Hours Open:   Monday – Friday 8:00 AM – 5:00 PM | Date: 7/19/11 |

**SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.**

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––